# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

Clifford W. Taylor,
Chief Justice

135980

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRUCE ADRINE,
          Plaintiff-Appellee,

v

SC: 135980
COA: 281360
WCAC: 07-000022

EVENT STAFFING, INC., and ACCIDENT
FUND INSURANCE COMPANY OF AMERICA,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the February 4, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008

_____
Clerk

t0625